In the Matter of the Petition of HANNIBAL W. RAPPLEYE, Appellant, for an Inspection of the Books of the FARMERS' FEED COMPANY, Respondent.

*Matter of Rappleye,* 43 App. Div. 84, appeal dismissed.
(Argued November 20, 1899; decided November 28, 1899.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered July 18, 1899, affirming an order of Special Term denying a motion for leave to inspect the books and papers of the Farmers' Feed Company.

The motion was made upon the grounds that no undertaking on appeal has been filed and that the appeal presents simply an abstract question for determination.

*Paskusz & Cohen* for motion.

*Campbell & Hance* opposed.

Motion granted and appeal dismissed, with costs.